Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**Timothy D. Vogl**<br>**Laree S. Vogl**<br>SSN: XXX-XX-6970<br>SSN: XXX-XX-4950<br>Debtor(s). | Bankruptcy No. 09-26760 RKM |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on October 20, 2010, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1010 in the amount of $41.22 was sent to Frontier Communications at the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on February 8, 2011.

DATED February 8, 2011

Elizabeth Rose Loveridge
Chapter 7 Trustee

T:\VoglUnclaimedFunds.2.8.2011

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2011, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Timothy D. Vogl & Laree S. Vogl
1622 East 2550 North
Layton, UT 84040

William P. Morrison
352 East 900 South
Salt Lake City, UT 84111

*/s/ Brian Christensen*